THEODORE J. KURTZ
NEVADA BAR NO. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:     702.228.7717
Facsimile:     702.228.8824
Email:         tkurtz@selmanlaw.com

Attorneys for Defendant EVEREST NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>                Plaintiff,<br><br>        v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, an Illinois corporation; ASSURANCE COMPANY OF AMERICA, an Illinois corporation; and MARYLAND CASUALTY COMPANY, an Illinois corporation,<br><br>                Defendants. | Case No.   2:16-cv-02267-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EVEREST NATIONAL INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>(FIRST REQUEST) |

    Defendant Everest National Insurance Company (hereinafter "Everest"), by and through its counsel Theodore J. Kurtz of Selman Breitman LLP and plaintiff Centex Homes (hereinafter "plaintiff"), by and through its counsel Sarah J. Odia of Payne & Fears LLP, hereby stipulate and agree to extend the deadline for Everest to file a responsive pleading to the plaintiff's complaint

1

98526.1 1062.41488

until February 16, 2017. Everest was served with the complaint through the Nevada Insurance Commissioner's office on December 16, 2016. Accordingly, Everest's response is currently due on January 17, 2017. There is good cause for this agreement between counsel to extend the time for Everest to respond to the complaint. Counsel for Everest was only recently retained and therefore requested additional time to prepare the responsive pleading on behalf of Everest. In response to the request, plaintiff's counsel agreed to extend the time for a responsive pleading to be filed on behalf of Everest by 30 days. Accordingly, the responsive pleading on behalf of Everest to the plaintiff's complaint will be due on Thursday, February 16, 2017. This case was commenced on September 27, 2016 and no scheduling order has been entered. Consequently, this stipulation to extend the time for Everest to respond to the complaint will not affect any current deadlines in this case.

Pursuant to Local Rule 6-1, this is the first request to the Court for an extension of Everest's deadline to respond to the complaint. The extension is submitted consistent with an agreement between counsel to extend Everest's deadline to file its responsive pleading to the complaint until February 16, 2017, is entered into in good faith and is not intended to unduly delay these proceedings.

DATED: January 12, 2016        PAYNE & FEARS LLP


                               By:    /s/ Sarah J. Odia
                                      SARAH J. ODIA
                                      NEVADA BAR NO. 11053
                                      7251 W. Lake Mead Blvd., #525
                                      Las Vegas, NV 89128
                                      Phone: 702.851.0300
                                      Facsimile: 702.851.0315
                                      Attorneys for Plaintiff CENTEX HOMES

DATED: January 12, 2016        SELMAN BREITMAN LLP

By:   /s/ *Theodore J. Kurtz*
      THEODORE J. KURTZ
      NEVADA BAR NO. 1344
      3993 Howard Hughes Parkway, #200
      Las Vegas, NV 89169-0961
      Phone: 702.228.7717
      Facsimile: 702.228.8824
      Attorneys for Defendant EVEREST NATIONAL
      INSURANCE COMPANY

## ORDER

IT IS SO ORDERED, defendant Everest National Insurance Company's response to plaintiff's complaint is due on or before February 16, 2017.

Dated: January 13, 2017

_____
UNITED STATES MAGISTRATE JUDGE

3