# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>     v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, an Illinois corporation; ASSURANCE COMPANY OF AMERICA, an Illinois corporation; and MARYLAND CASUALTY COMPANY, an Illinois corporation,<br><br>        Defendants. | Case No. 2:16-cv-002267-APG-PAL<br><br>**ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND MOTION TO SEAL**<br><br>(ECF Nos. 39, 40) |

Defendant Arch Specialty Insurance Company filed its Motion for Good Faith Settlement Determination on June 15, 2017. ECF No. 39. No opposition has been filed and good cause exists to grant the motion. Arch also moved for permission to file its unredacted Settlement and Release Agreement under seal. ECF No. 40. No opposition has been filed and good cause exists to grant that motion as well. The unredacted agreement has been filed under seal as ECF No. 41.

IT IS THEREFORE ORDERED that Arch's Motion for Good Faith Settlement Determination **(ECF No. 39) is GRANTED.**

IT IS FURTHER ORDERED that Arch's motion to file its settlement agreement under seal **(ECF No. 40) is GRANTED.** The clerk of the court shall maintain ECF No. 41 under seal.

DATED this 3rd day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE