MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@armstrongteasdale.com

*Attorneys for Defendant Arch Specialty Insurance Company*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, an Illinois corporation; ASSURANCE COMPANY OF AMERICA, an Illinois corporation; and MARYLAND CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 2:16-cv-02267-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY WITH PREJUDICE** |
| AND ALL RELATED CLAIMS | |

Defendant Arch Specialty Insurance Company ("Arch"), by and through its counsel of record, Armstrong Teasdale LLP, and Plaintiff Centex Homes ("Centex" and together with Arch, the "Parties"), by and through its counsel of record, Payne & Fears LLP, hereby stipulate and agree that any and all causes of action and/or claims for damages asserted by Centex against Arch in the above-entitled case be **dismissed with prejudice**.

1

The Parties further stipulate and agree that each party shall bear its own fees and costs in this matter.

DATED this 2nd day of August, 2017.    DATED this 2nd day of August, 2017.

**PAYNE & FEARS LLP**                   **ARMSTRONG TEASDALE LLP**

By: */s/ Sarah J. Odia*                 By: */s/ Michelle D. Alarie*
    SCOTT S. THOMAS, ESQ.              MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 7937                Nevada Bar No. 11894
    SARAH J. ODIA, ESQ.                3770 Howard Hughes Parkway, Suite 200
    Nevada Bar No. 11053               Las Vegas, Nevada 89169
    6385 S. Rainbow Blvd., Suite 220   Telephone: 702.678.5070
    Las Vegas, Nevada 89118            Facsimile: 702.878.9995
    Telephone: 702.851.0300            malarie@armstrongteasdale.com
    Facsimile: 702.851.0315
    sst@paynefears.com                 *Attorneys for Defendant Arch Specialty*
    sjo@paynefears.com                 *Insurance Company*

*Attorneys for Plaintiff Centex Homes*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: 8/3/2017

2